**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1523**

———————

DIANE M. KENT,

                    Plaintiff - Appellant,

          v.

MARYLAND TRANSPORTATION AUTHORITY; DANA WHITT, Lieutenant;
AURORA BULLOCK,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Richard D. Bennett, District Judge.
(1:05-cv-02593-RDB)

———————

Submitted:  April 14, 2008              Decided:  May 8, 2008

———————

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Douglas R. Taylor, Kensington, Maryland, for Appellant. Douglas F.
Gansler, Attorney General of Maryland, M. Cecilia Hellrung,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diane M. Kent appeals the district court's order granting summary judgment in favor of her former employer and individual supervisors on her claims of retaliation and discrimination brought under 42 U.S.C. § 1981 (2000), 42 U.S.C. § 1985 (2000), and Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). This court reviews a district court's order granting summary judgment de novo, drawing reasonable inferences in the light most favorable to the non-moving party. <u>Doe v. Kidd</u>, 501 F.3d 348, 353 (4th Cir. 2007), <u>cert. denied</u>, ___ U.S. ___, 2008 WL 112249 (U.S. Sept. 19, 2007) (No. 05-1570). Summary judgment may be granted only when "there is no genuine issue as to any material fact and the moving party is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(c). With this standard in mind, we have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Kent v. Maryland Transp. Auth.</u>, No. 1:05-cv-02593-RDB (D. Md. May 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>